**\*\* E-filed June 1, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KIMBERLY HUDSON,<br><br>    Plaintiff,<br><br>    v.<br><br>VETERANS ADMINISTRATION PALO ALTO HEALTHCARE SYSTEM,<br><br>    Defendants.<br>_____/ | No. C11-00939 HRL<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR AND FAILURE TO PROSECUTE**<br><br>[Re: Docket No. 9] |

    On May 31, 2011, this Court held an Initial Case Management Conference in this action. Docket No. 9. Only Defendant appeared. See id. Accordingly, Plaintiff is ORDERED to appear on **June 21, 2011 at 1:30 p.m.** in Courtroom 2, Fifth Floor, United States District Court, 280 S. First Street, San Jose, California, 95113 to explain why she did not appear at the Initial Case Management Conference and to show cause why this case should not be dismissed for failure to prosecute.

    Further, the parties are reminded that this civil case has been randomly assigned to a magistrate judge for all purposes including trial. Accordingly, all parties who have not yet done so shall, **no later than June 14, 2011**, file either (1) a Consent to Proceed before a United States Magistrate Judge or (2) a Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge. See N.D. Cal. Civ. R. 73-1. The consent and

1  declination forms are available at the Clerk's Office and may also be obtained from the court's
2  website at http://www.cand.uscourts.gov.
3  **IT IS SO ORDERED.**
4  Dated: June 1, 2011



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1  **C11-00939 Notice will be electronically mailed to:**

2  James A. Scharf            james.scharf@usdoj.gov, mimi.lam@usdoj.gov

3  **Notice will be provided by other means to:**

4  Kimberly Hudson
   37651 Murietta Terrace
5  Fremont, CA 94536

6  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

3